FILED C/M
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ APR 06 2006 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GARY O. GILLARD, *pro se*,

                                   Plaintiff,

          -against-

ROBERT J. GAFFNEY, et. al.,

                                  Defendant.
-----------------------------------------------------------------X

**ORDER (DLI) (MLO)**
00-CV-5945

**DORA L. IRIZARRY, U.S. District Judge:**

The court has received plaintiff's "Request for Default to be Filed for Failure to Defend" dated March 16, 2006. Plaintiff raises various discovery issues in his motion papers. Defendant apparently have failed to respond to plaintiffs interrogatories that were filed in compliance with the discovery schedule set by the magistrate judge. Defendants opposed plaintiff's default motion in a letter dated March 31, 2006. Based upon the court's review of these documents and the procedural posture of this matter, It is hereby

ORDERED that plaintiff's default motion is summarily DENIED; and it is further hereby

ORDERED that this action, is referred to Magistrate Judge Michael L. Orenstein for resolution of any and all outstanding discovery issues.


DATED:     Brooklyn, New York
              April 3, 2006


                                                   DORA L. IRIZARRY
                                         United States District Judge